FILED'08 NOV 19 13:06 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| RILEY HINDS, et al., | ) | |
| | ) | Civil No. 07-1677-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL AS TO** |
| v. | ) | **PLAINTIFFS HINDS, HAKIMOGLU,** |
| | ) | **MCCALLUM, MUNSON AND** |
| MULTNOMAH COUNTY, et al., | ) | **MCMULLIN (ONLY)** |
| | ) | |
| Defendant(s). | ) | |

IT IS ORDERED that Plaintiffs' Voluntary Motion to Dismiss Individual Plaintiffs [29] is GRANTED. Plaintiffs Riley Hinds, Alan Hakimoglu, Thomas McCallum, Amy Munson and Michael B. McMullin are hereby DISMISSED without prejudice.

Dated this 19th day of November, 2008.

by _____
Ancer L. Haggerty
United States District Judge