AGNES SOWLE, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Stephen L. Madkour
Assistant County Attorney
501 SE Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone Number: (503) 988-3138
Facsimile Telephone Number: (503) 988-3377
Internet E-mail Address: stephen.l.madkour@co.multnomah.or.us
Oregon State Bar Number 94109
      Of Attorneys for Defendants

FILED

DEC 12 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SANDRA SILVIA,<br><br>          Plaintiff,<br><br>v.<br><br>MULTNOMAH COUNTY, BERNIE GIUSTO, both individually and in his official capacity as Sheriff, DEPUTY DIAMOND, Personally, DEPUTY TOWERS-PICTON, Personally,<br><br>              Defendants. | Civil Case No: CV 07-1677-PK<br><br>(~~PROPOSED~~) ORDER ALLOWING DEFENDANTS TO WITHDRAW MOTION FOR SUMMARY JUDGMENT |

## Order

Defendants' motion to withdraw their pending Motion for Summary Judgment is

GRANTED. Defendants shall be allowed to file a new motion for summary judgment on the

Page 1 – (PROPOSED) ORDER ALLOWING DEFENDANTS' TO WITHDRAW MOTION
     FOR SUMMARY JUDGMENT

claims filed in plaintiff's Second Amended Complaint on or before the new dispositive motion deadline set by this court.

IT IS SO ORDERED.

DATED this 12th day of December, 2008.

_____
The Honorable Paul Papak
United States District Court Judge


Presented by:


s/ Stephen L. Madkour

_____
Stephen L. Madkour, OSB No. 94109
Assistant County Attorney
Of Attorneys for Defendants


Page 2 – (PROPOSED) ORDER ALLOWING DEFENDANTS' TO WITHDRAW MOTION
    FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2008, I served the foregoing (PROPOSED)

**ORDER ALLOWING DEFENDANTS TO WITHDRAW MOTION FOR SUMMARY**

**JUDGMENT** on:

> Leonard R. Berman
> Attorney at Law
> 4711 SW Huber St., #E-3
> Portland, OR  97219
>     Attorney for Plaintiffs

by the following method or methods as indicated:

( **X** )    by **Electronic Court Filing** (LR 100).


**s/ Nora McConnell**

_____

Nora McConnell
Paralegal

Page 3 – CERTIFICATE OF SERVICE