FILED'09 MAY 13 13:55 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| SANDRA SILVIA, | ) | |
| | ) | Civil No. 07-1677-PK |
| Plaintiff(s), | ) | |
| | ) | **AMENDED JUDGMENT** |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendants Multnomah County, Bernie Giusto, Deputy Diamond and Deputy Towers-Picton in the sum of $5,001.01, plus reasonable, legally recoverable attorney fees and costs incurred by the Plaintiff through the date of service of their accepted Offer to Allow Judgment. Recoverable costs and attorney fees shall be determined by the Court in accordance with Fed. R. Civ. P. 54, and LR 54. Pending motions, if any, are DENIED AS MOOT.

Dated this _13_ day of May, 2009.

by _____
Ancer L. Haggerty
United States District Judge